In the Matter of the Probate of the Will of ISABELLA WHARTON, Deceased. JAMES F. EGAN, as Public Administrator of New York County, et al., Appellants; EDMUND O. AUSTIN et al., Respondents.

Argued October 9, 1947; decided November 13, 1947.

*Joseph T. Arenson* and *Joseph A. Cox* for Public Administrator of New York County, appellant.

*Isadore I. Steinberg,* appellant, special guardian, in person.

*Arnold J. Brock* and *William P. Balaban* for Edmund O. Austin, respondent.

Order affirmed, with costs to each party appearing separately and filing a brief payable out of the estate; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.